1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  (916) 498-5700

5  Attorney for Defendant
   ALBERTO PEREZ-ROMERO

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,        )  NO.  CR.S-11-475-GEB
                                     )
11                    Plaintiff,     )  **STIPULATION AND [PROPOSED]**
                                     )  **ORDER;  CONTINUING  STATUS**
12         v.                        )  **CONFERENCE AND EXCLUDING**
                                     )  **TIME**
13  ALBERTO PEREZ-ROMERO             )
                                     )  Date:  January 27, 2012
14                    Defendant.     )  Time:  9:00 a.m.
                                     )  Judge: Hon. Garland E. Burrell, Jr.
15  _____)

16
17         IT IS HEREBY STIPULATED by and between the parties hereto through their

18  respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for

19  Plaintiff, and COURTNEY FEIN, attorney for ALBERTO PEREZ-ROMERO that the status

20  conference hearing date of January 6, 2012, be rescheduled for a status conference on January

21  27, 2012, at 9:00 a.m.

22         The reason for this continuance is to allow defense counsel additional time to review

23  the discovery, consult with her client, examine possible defenses, and continue investigating

24  the facts of the case.

25         Based upon the foregoing, the parties agree that the time under the Speedy Trial Act

26  should be excluded from the date of signing of this order through and including January 27,

27  / / /

28  / / /

2012, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:  January 4, 2012.                    Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Public Defender

                                            /s/ Courtney Fein
                                            COURTNEY FEIN
                                            Assistant Federal Defender
                                            Designated Counsel for Service
                                            Attorney for ALBERTO PEREZ-ROMERO

DATED:  January 4, 2012.                    BENJAMIN WAGNER
                                            United States Attorney

                                            /s/ Courtney Fein for
                                            MICHELE BECKWITH
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

        UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the January 6, 2012, status conference hearing be continued to January 27, 2012, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.   The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the January 27, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:  January 4, 2012

                        GARLAND E. BURRELL, JR.
                        United States District Judge

2